IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRIAM VALLE, | : | No. 3:16cv1524 |
|     Plaintiff | : | |
|   v. | : | (Judge Munley) |
| | : | |
| FRANK MARTZ COACH COMPANY, | : | |
| EDWARD L. STELTZ, and LISA | : | |
| ROHLAND, | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, to wit, this 16th day of November 2017, defendants' motion for summary judgment is **GRANTED IN PART and DENIED IN PART** as follows:

1. The motion (Doc. 13) is **GRANTED** with respect to the Count I claim for FMLA interference; and

2. The motion is **DENIED** in all other respects, including the FMLA retaliation claim.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**